In the Matter of the Application of THOMAS H. BIVIN for Admission to Practice as an Attorney. (From the States of Ohio and Illinois.) — Application denied. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

In the Matter of the Probate of the Will of NUNZIATA BONANNO, Deceased. JOSEPH BONANNO et al., Respondents; ANNA DE CIUCIES et al., Appellants.— Motion for reargument of appeal in *Matter of Bonanno* (*ante,* p. 782) granted, without costs, and on reargument the appeal is dismissed, without costs. [See *ante,* p. 826.] The appeal is academic in view of our determination in *Matter of Bonanno* [*post,* p. 912], decided herewith). Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of JAMES J. HINES, Appellant, against STATE BOARD OF PAROLE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 881.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of WILLIAM P. McDONALD, Petitioner, against CHARLES S. COLDEN, as a Judge of the County Court of the County of Queens, Respondent. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 881.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Accounting of JOHN R. MACKINNEY et al., as Executors of GLENN F. MCKINNEY, Deceased. CONSTANCE C. MACKINNEY, as Administratrix of the Estate of JOHN L. MACKINNEY, 2nd, Deceased, Appellant; JOHN R. MACKINNEY et al., as Executors and Trustees, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 824.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (811–815 Ocean Ave., Brooklyn, New York — Guarantee No. 180,945). MAX WALLACH et al., Appellants; MANUFACTURERS TRUST COMPANY, as Trustee, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 882.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of THOMAS STEEL, on His Own Behalf and on Behalf of Others Similarly Situated, Respondent, against WILLIAM W. KNOWLES et al., as Purported Trustees of Flushing Hospital and Dispensary, Defendants, and Flushing Hospital and Dispensary, Appellant. In the Matter of THOMAS STEEL, on His Own Behalf and on Behalf of All Others Similarly Situated, Appellant, against FLUSHING HOSPITAL AND DISPENSARY et al., Respondents.— Motion for reargument of appeals and for other relief denied, without costs. [See *ante,* p. 784; 266 App. Div. 690.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

NEWSPAPER ENTERPRISES, INC., Respondent, v. ISIDORE GOLDBERG, Doing Business as GOLD & SILVER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS BART, Appellant.— Motion to dismiss appeal from order denying appellant's motion for a new trial upon the ground of newly discovered evidence denied. (See *People* v. *Priori,* 163 N. Y. 99; *Hebberd* v. *Loeb,* 125 App. Div. 579.) Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.